Appeal Form No. 1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

**MEMORANDUM**

TO:   Bankruptcy Appellate Panel of the Ninth Circuit
      125 S. Grand Avenue
      Pasadena, California 91105

```
        FILED    ___ LODGED
    ___ RECEIVED ___ COPY

         DEC 2 8 2017

    CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
    BY_____ DEPUTY
```

FROM:   Division / District/Office No.:   0970-2 / Phoenix

DATE:   December 22, 2017                          **CV-17-04795-PHX-JJT**

SUBJECT:   Transmittal

---

Case Name:   Erik Samuel De Jong and Daryl Lynn De Jong

Bankruptcy No.:   2:14-bk-00886-PS

Adversary No.:   n/a

Bankruptcy Judge:   Paul Sala

Date Notice of Appeal Filed:   12/19/2017

Date Motion for Leave to Appeal Filed:

Date of Entry of Order Appealed:   12/6/2017

Date Bankruptcy Filed:   1/23/2014

Date Notice of Appeal and Notice of
Objection Period Mailed to Parties:   December 22, 2017

Appeal Fee Paid:   YES

Date of Transmittal:   December 22, 2017

                                George Prentice, Clerk of Court

                            By:  KAYLA COLASONT
                                _____
                                   Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>Erik Samuel De Jong and Daryl Lynn De Jong<br><div style="text-align:right">Debtor(s)</div> | Chapter 11<br><br>Case No. 2:14-bk-00886-PS<br><br>Adv.  n/a |
| Erik Samuel De Jong and Daryl Lynn De Jong<br><div style="text-align:right">Appellant(s)</div> | |
| v.<br>ESTATE OF HUGO N VAN VLIET<br><br><div style="text-align:right">Appellee(s)</div> | **NOTICE OF FILING OF APPEAL AND NOTICE OF REFERRAL OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL** |

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed on 12/19/2017 with the Clerk of the U.S. Bankruptcy Court. By virtue of Orders of the Judicial Council of the Ninth Circuit, the above appeal has been referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Any party desiring to object to such referral must do so in conformity with the foregoing orders and their provisions for reference to the BAP.

Local rules for the BAP and a practice manual are located on their website at www.bap09.uscourts.gov.

For further information, you may contact the Clerk of the Bankruptcy Appellate Panel at 125 S. Grand Avenue, Pasadena, California 91105, telephone (626) 229-7225.

NOTICE IS GIVEN TO THE APPELLANT that the Appellant shall, within 14 days of the filing of the Notice of Appeal, (see above), file with the Clerk of the U.S. Bankruptcy Court, the following:

1. A designation of the items to be included in the record on appeal and serve a copy on all appellees;
2. A statement of the issues to be presented and serve a copy on all appellees; and
3. A request for any transcripts where the designation includes a transcript of any proceeding or a part thereof. The party requesting transcripts must follow the court's ordering procedures.

Dated: December 22, 2017

GEORGE PRENTICE, CLERK OF COURT

By: KAYLA COLASONT
Deputy Clerk

Copies to be noticed by the BNC.

# United States Bankruptcy Court
# District of Arizona

## APPEALS - ORDERING AN OFFICIAL TRANSCRIPT

If you have filed an appeal and designated a transcript of a hearing as part of the record on appeal, you will need to follow the steps below to obtain an official transcript:

1. Determine the date of the hearing.

2. Determine whether you need a transcript.

3. Determine if the transcript is already on file by reviewing the case docket or you may call the court for assistance.

4. Ordering a transcript requires an advanced deposit. The deposit and price for the transcript will vary as it depends upon the estimated length of the hearing and turn-around time requested.

5. To order a transcript, please contact the ECR Operator Team who will advise you of the procedures for ordering a transcript and for making payment.

6. The court uses an independent transcription company to prepare official transcripts.

7. At the time the transcription company provides you with a transcript, a copy is filed with the court; therefore, it is not necessary for you to file a copy.

8. Reminder: If you have designated a transcript of a court proceeding in your appeal documents, it is your responsibility to order it from the Bankruptcy Court ECR Operator Team. The order should be placed at the time you file the Statement of Issues and Designation of Record.

Contact Information:

ECR Operator Team – Phoenix, Prescott, Flagstaff, Bullhead City      602-682-4200
ECR Operator Team – Tucson                                          520-202-7556
ECR Operator Team – Yuma                                            602-682-4961

Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for Debtors

<div style="text-align:center">**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**</div>

| | |
|---|---|
| In re:<br><br>ERIK SAMUEL de JONG and<br>DARYL LYNN de JONG,<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:14-bk-00886-PS<br><br>**NOTICE OF APPEAL<br>AND<br>STATEMENT OF ELECTION** |

**Part 1: Identify the Appellants**

    1.    Names of Appellants:

    Erik Samuel de Jong and Daryl Lynn de Jong

    2.    Position of Appellants in the adversary proceeding or bankruptcy case that is the subject of the appeal:

    Debtors

**Part 2: Identify the Subject of this Appeal**

    1.    Describe the judgment, order, or decree appealed from:

    **Order Re: Objection to Proof of Claim #7 [Docket #837] (Attached)**

    2.    State the date on which the judgment, order, or decree was entered:

    **December 6, 2017**

**Part 3: Identify the Other Party to the Appeal**

    1.    Party:       Estate of Hugo N. Van Vliet

           Attorney:   Benjamin Reeves, Esq.
                         **Snell & Wilmer**
                         One Arizona Center
                         400 East Van Buren, #1900
                         Phoenix, Arizona 85004-2202
                         Email: breeves@swlaw.com
                         Telephone: (602) 382-6506

**Part 4: Optional Election to Have Appeal Heard by District Court**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an Appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the Appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐    Appellants elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

**Part 5: Sign Below:**

*/s/ Michael W. Carmel*                        Date: December 19, 2017
Signature of Attorney for Appellants

Name, address, and telephone number of attorney:

Michael W. Carmel, Esq.
Michael W. Carmel, Ltd.
80 E. Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4965
Email: michael@mcarmellaw.com

2

1 COPIES of the foregoing served by
U.S. Mail this 19th day of December, 2017
2 to the following:

3

Christopher J. Pattock Esq.
4 United States Trustee
230 North First Avenue
5 Suite 204
Phoenix, Arizona 85003
6

7
Benjamin Reeves, Esq.
8 **Snell & Wilmer**
One Arizona Center
9 400 East Van Buren, #1900
Phoenix, Arizona 85004-2202
10 Email: breeves@swlaw.com

11

12 By _Sharon D. Kirby_

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

SIGNED.

Dated: December 6, 2017

*Paul Sala*
Paul Sala, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | Proceedings Under Chapter 11 |
|---|---|
| ERIK SAMUEL DE JONG<br>DARYL LYNN DE JONG<br>a/k/a VALKYRIE DAIRY,<br><br>Debtors. | Case No. 2:14-bk-00886-PS<br><br>**ORDER**<br><br>Related Dkt:   823, 834 |

The Court, upon consideration of the Debtors' Motion for Relief from Order re: Objection to Proof of Claim #7 [Dkt. 823] (the "Motion") filed by Erik Samuel De Jong and Daryl Lynn De Jong, a/k/a Valkyrie Dairy (the "Debtors"), for the reasons stated on the record at a hearing held on December 5, 2017,

**IT IS HEREBY ORDERED** denying the Motion.

**DATED AND SIGNED ABOVE.**

## Notice Recipients

District/Off: 0970−2     User: colasonk     Date Created: 12/22/2017
Case: 2:14−bk−00886−PS     Form ID: pdf008     Total: 7

**Recipients of Notice of Electronic Filing:**
ust    U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
aty    BENJAMIN WILLIAM REEVES    breeves@swlaw.com
aty    EDWARD K. BERNATAVICIUS    edward.k.bernatavicius@usdoj.gov

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Erik Samuel De Jong    20646 West Elliott Road    Buckeye, AZ 85326
jdb    Daryl Lynn De Jong    20646 West Elliott Road    Buckeye, AZ 85326
12921118    ESTATE OF HUGO N VAN VLIET    GARY GENSKE ADMINISTRATOR    C/O GARY GENSKE    1835 NEWPORT BL., D−263    COSTA MESA CA 92627
   BENJAMIN REEVES ESQ    SNELL & WILMER    ONE ARIZONA CENTER    400 EAST VAN BUREN #1900    PHOENIX, AZ 85004−2202

TOTAL: 4

Case: 17-13778, Document: 4-2, Filed: 12/28/2017   Page: 91 of 142

Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for Debtors

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| ERIK SAMUEL de JONG and DARYL LYNN de JONG,  Debtors. | Case No. 2:14-bk-00886-PS  **NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

**Part 1: Identify the Appellants**

1.   Names of Appellants:

     Erik Samuel de Jong and Daryl Lynn de Jong

2.   Position of Appellants in the adversary proceeding or bankruptcy case that is the subject of the appeal:

     Debtors

**Part 2: Identify the Subject of this Appeal**

1.   Describe the judgment, order, or decree appealed from:

     **Order Re: Objection to Proof of Claim #7 [Docket #837] (Attached)**

2.   State the date on which the judgment, order, or decree was entered:

     **December 6, 2017**

**Part 3: Identify the Other Party to the Appeal**

    1.    Party:    Estate of Hugo N. Van Vliet

        Attorney:    Benjamin Reeves, Esq.
                     **Snell & Wilmer**
                     One Arizona Center
                     400 East Van Buren, #1900
                     Phoenix, Arizona 85004-2202
                     Email: breeves@swlaw.com
                     Telephone: (602) 382-6506

**Part 4: Optional Election to Have Appeal Heard by District Court**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an Appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the Appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

    ☐    Appellants elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

**Part 5: Sign Below:**

_/s/ Michael W. Carmel_        Date: December 19, 2017
Signature of Attorney for Appellants

Name, address, and telephone number of attorney:

Michael W. Carmel, Esq.
Michael W. Carmel, Ltd.
80 E. Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4965
Email: michael@mcarmellaw.com

2

| | |
|---|---|
| 1 | COPIES of the foregoing served by |
| 2 | U.S. Mail this 19th day of December, 2017 to the following: |
| 3 | |
| 4 | Christopher J. Pattock Esq.<br>United States Trustee |
| 5 | 230 North First Avenue<br>Suite 204 |
| 6 | Phoenix, Arizona  85003 |
| 7 | |
| 8 | Benjamin Reeves, Esq.<br>**Snell & Wilmer** |
| 9 | One Arizona Center<br>400 East Van Buren, #1900 |
| 10 | Phoenix, Arizona  85004-2202<br>Email: breeves@swlaw.com |
| 11 | |
| 12 | By *Sharon D. Kirby* |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

**SIGNED.**

Dated: December 6, 2017

Paul Sala, Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In Re:

ERIK SAMUEL DE JONG
DARYL LYNN DE JONG
a/k/a VALKYRIE DAIRY,

Debtors.

Proceedings Under Chapter 11

Case No. 2:14-bk-00886-PS

**ORDER**

Related Dkt:    823, 834

The Court, upon consideration of the Debtors' Motion for Relief from Order re: Objection to Proof of Claim #7 [Dkt. 823] (the "Motion") filed by Erik Samuel De Jong and Daryl Lynn De Jong, a/k/a Valkyrie Dairy (the "Debtors"), for the reasons stated on the record at a hearing held on December 5, 2017,

**IT IS HEREBY ORDERED** denying the Motion.

**DATED AND SIGNED ABOVE.**

Benjamin W. Reeves (#025708)
James G. Florentine (#034058)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Email: breeves@swlaw.com
       jflorentine@swlaw.com
Attorneys for Gary Genske as
Administrator of the Estate of Hugo N.
Van Vliet

## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| In Re:<br><br>ERIK SAMUEL de JONG and<br>DARYL LYNN de JONG,<br><br>Debtors.<br><br>ERIK SAMUEL de JONG and<br>DARLYN LYNN de JONG,<br><br>Appellants,<br><br>v.<br><br>ESTATE OF HUGO N. VAN VLIET,<br><br>Appellee. | BAP No. AZ-17-1378<br><br>Proceedings Under Chapter 11<br><br>Bankr. Case No. 2:14-bk-00886-PS<br><br>**OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT** |
|---|---|

Pursuant to 28 U.S.C. § 158(c)(1)(B) and Federal Rule of Bankruptcy Procedure 8005(a), Appellee the Estate of Hugo N. Van Vliet hereby elects to have this appeal of the "Order Re: Objection to Proof of Claim #7" entered on December 6, 2017 heard by the United States District Court for the District of Arizona.

**Part 1: Identify the Appellee**

1. Name of Appellee:

4820-8467-4905

Estate of Hugo N. Van Vliet

2. Position of Appellee in the adversary proceeding or bankruptcy that is the subject of this appeal:

Creditor

**Part 2: Election to Have This Appeal Heard by the District Court**

Appellee elects to have this appeal heard by the United States District Court for the District of Arizona rather than by the Bankruptcy Appellate Panel.

RESPECTFULLY SUBMITTED this 27th day of December, 2017.

SNELL & WILMER L.L.P.


By: /s/ Benjamin W. Reeves
Benjamin W. Reeves
James G. Florentine
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ  85004-2202
Attorneys for Gary Genske as Administrator of the Estate of Hugo N. Van Vliet

4820-8467-4905

# CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2017, I electronically filed the foregoing document with the Clerk of the Court for the Bankruptcy Appellate Panel for the Ninth Circuit by using the CM/ECF system.

I further certify that parties of record to this appeal who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system. The parties served by this method are:

Michael W. Carmel
Law Offices of Michael W. Carmel, LTD.
80 E. Columbus Ave.
Phoenix, AZ 85012
michael@mcarmellaw.com
Attorney for Debtors/Appellants


/s/Benjamin W. Reeves

3

4820-8467-4905



Fw: Re-send: 17-1378 Erik De Jong, et al v. Estate of Hugo N. Van Vliet "Notice to District Court" (2:14-bk-00886-PS)
AZDdb_Appeals    to: AZDml_Clerk Customer Service Phoenix          12/29/2017 07:01 AM
Sent by: Linda Patton

----- Forwarded by Linda Patton/AZD/09/USCOURTS on 12/29/2017 07:00 AM -----

| | |
|---|---|
| From: | BAPCA09Filings@ca9.uscourts.gov |
| To: | azddb_phxappeals@azd.uscourts.gov |
| Date: | 12/28/2017 06:46 PM |
| Subject: | Re-send: 17-1378 Erik De Jong, et al v. Estate of Hugo N. Van Vliet "Notice to District Court" (2:14-bk-00886-PS) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### U. S. Bankruptcy Appellate Panel for the Ninth Circuit

**Amended 12/28/2017 17:45:34: Notice of Docket Activity**

The following transaction was entered on 12/28/2017 at 5:42:44 PM PST and filed on 12/28/2017

**Case Name:**     Erik De Jong, et al v. Estate of Hugo N. Van Vliet
**Case Number:**   17-1378
**Document(s):**   Document(s)

**Docket Text:**
Notice sent 12/28/2017 to District Court transferring appeal per objection. (PI)

**Notice will be electronically mailed to:**

DistCt, Phoenix


**Case participants listed below will not receive this electronic notice:**


DistCt, Phoenix
District of Arizona (Phoenix)
130 Sandra Day O'Connor United States Courthouse
401 West Washington Street

Phoenix, AZ 85003-2146

The following document(s) are associated with this transaction:
**Document Description:** District Court Notice Sent
**Original Filename:**
/opt/ACECF/bap-live/forms/PattiIppolito_171378_502579_DistrictCourtNoticeSent_104.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=12/28/2017] [FileNumber=502579-2]
[58a5797f089bd856552fc59ad59fe337f848be9ecad23c0173377a7074215f11af0dab47bae36d736
9360aa7963d70fce5a22212dc57bc3640bfc70bad2e6da8]]
**Recipients:**
- DistCt, Phoenix

**Document Description:** noa
**Original Filename:** dejongnoa1378.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=12/28/2017] [FileNumber=502579-0]
[0efecabc923b67b13d8a98e0b081a7f79e4823c4bf0ef4cefc0d9bbbe160793e13763677dff5c3976
640b2c49a0a01f202a0241ab1a96a681e9e9cea4b3c05a4]]

**Document Description:** objection
**Original Filename:** dejongobj1378.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=12/28/2017] [FileNumber=502579-1]
[934e7796880075d4982eca3d1a4c423f041a1d8d807c0ff68702c92000615e58d2a29a244e2770bf
b54a289def8df38f2fb6526a5273f7ed367114aee5983051]]

# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**In Re:** ERIK SAMUEL DE JONG and
DARYL LYNN DE JONG

**BAP No.:** AZ-17-1378

**Bk. Ct. No.:** 2:14-bk-00886-PS

**ADV. NO.:**

### NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to U.S. District Court.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Patti Ippolito, Deputy Clerk
Date: December 28, 2017

Please acknowledge receipt of
the case file listed above.
Dated:_____

Signed:_____
         District Court Deputy

Assigned District Court No.

_____

cc: Bankruptcy Court
    All Parties